UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DANIEL VILLANUEVA, | ) | 1:06-cv-0897 OWW SMS |
| | ) | |
| Plaintiff, | ) | ORDER AFTER SCHEDULING |
| | ) | CONFERENCE AND ORDER TO |
| v. | ) | SHOW CAUSE |
| | ) | |
| MISSIONS FOODS, an unknown business organization, and DOES 1 through 50, inclusive, | ) ) ) | Hearing Date: 1/8/07 10:00 Ctrm. 3 |
| | ) | |
| Defendants. | ) | |
| | ) | |

A Scheduling Conference was held in this case on November 30, 2006. There was no appearance for Plaintiff. Ogletree, Deakins, Nash, Smoak & Stewart PC by Gregory C. Cheng, Esq., appeared on behalf of Defendant.

Plaintiff failed to communicate with Defendant's counsel in preparation of the Scheduling Report. Plaintiff did not file a Scheduling Report. Plaintiff did not appear at the Scheduling Conference.

For violation of the Court's orders regarding Rule 16 obligations:

IT IS ORDERED that Plaintiff Daniel Villanueva shall, on January 8, 2007, at the hour of 10:00 a.m. in Courtroom 3, show

1

**cause, if any he has, why this action should not be dismissed for failure to comply with court ordered scheduling conference obligations.**

IT IS SO ORDERED.

**Dated:**   **November 30, 2006**          **/s/ Oliver W. Wanger**
emm0d6                                             UNITED STATES DISTRICT JUDGE