UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL VILLANUEVA, )<br>) <br>          Plaintiff,  )<br>)<br>    v.                )<br>)<br>GRUMA CORPORATION,    )<br>)<br>          Defendant.  )<br>) | 1:06-CV-0897 OWW SMS<br><br><br><br>**ORDER DISMISSING ACTION** |

On February 22, 2007 defendant filed a statement of fact of death pursuant to FRCP 25(a)(1).  On March 26, 2007, the Court notified plaintiff's counsel the requirement of complying with FRCP 25(a)(1) within 90 days or this action would be dismissed.

No documents having been submitted by the plaintiff, IT IS HEREBY ORDERED that this matter is dismissed without prejudice.

IT IS SO ORDERED.

**Dated:   August 15, 2007**             **/s/ Oliver W. Wanger**
                                    UNITED STATES DISTRICT JUDGE

1